### 15394. WATERS *v.* THE STATE.

BROYLES, C. J. The conviction was authorized by the evidence, and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment overruling the motion.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> DECIDED MAY 14, 1924.

Accusation of possession of liquor; from city court of Metter—Judge Lanier. January 30, 1924.

*Kirkland & Kirkland,* for plaintiff in error.

*C. W. Turner, solicitor,* contra.